UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH A. KUHN,

        Plaintiff,                           No. 13-12652

v.                                         District Judge Arthur J. Tarnow
                                              Magistrate Judge R. Steven Whalen

HEALTH CARE INFORMATION, L.L.C.,
ET AL.,

        Defendants.
                                     /

**ORDER**

        The Court having been informed by the parties that Plaintiff's deposition has been taken, Defendants' Motion to Compel Plaintiff's Deposition [Doc. #27] is DENIED AS MOOT. Defendants' request for costs and attorney fees is DENIED.

        IT IS SO ORDERED,

Date: December 12, 2013                 s/ R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of this Order has been sent to parties of record on December 12, 2013, electronically and/or by U.S. mail.

                                                    s/Michael Williams
                                                    Case Manager for the
                                                    Honorable R. Steven Whalen