UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH A. KUHN,

      Plaintiff,                          No. 13-12652

v.                                     District Judge Arthur J. Tarnow
                                            Magistrate Judge R. Steven Whalen

HEALTH CARE INFORMATION, L.L.C.,
ET AL.,

      Defendants.
_____/

**ORDER**

For the reasons and under the terms stated on the record on January 9, 2014, Plaintiff's motion to compel [Doc. #26] and motion for sanctions and compelling discovery [Doc. #31] are GRANTED IN PART AND DENIED IN PART, as follows:

    1. Within seven days of the date of this Order, Defendants shall produce what was described on the record as the 2012 New Order Sales Report compiled by Richard Pratt.

    2. Within 21 days of the date of this Order, John Pratt, Richard Pratt, and Richard Margraff shall be re-deposed. The depositions will be conducted telephonically, without the necessity of the witnesses appearing in Michigan. Each deposition will be limited to a period of two hours, measured from the time the witness is sworn.

    3. Richard Margraff shall not be questioned regarding attorney-client communications.

    4. Neither party shall be sanctioned at this time.

    5. In all other respects, the Plaintiff's motions are DENIED.

-2-

                                                    13-12652  Kuhn v. Healthcare
                                                    Information, LLC et al

IT IS SO ORDERED.

Date: January 9, 2014                  s/R. Steven Whalen
                                        R. STEVEN WHALEN
                                        UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 9, 2014, electronically and/or by U.S. mail.

                                          s/Michael Williams
                                          Case Manager for the
                                          Honorable R. StevenWhalen