UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH KUHN,

    Plaintiff,

v.

HEALTHCARE INFORMATION, LLC,
and SHEAKLEY HR, LLC d/b/a
SHEAKLEY HR SOLUTIONS,

    Defendants.
_____/

Case No. 13-cv-12652
Hon. Matthew F. Leitman

## ORDER REGARDING FINAL PRETRIAL CONFERENCE AND PRETRIAL SUBMISSIONS

On August 28, 2014, the Court entered an Amended Case Management Requirements and Scheduling Order in this action. (*See* the "Case Management Order," ECF #67.) In the Case Management Order, the Court set a Final Pretrial Conference date of February 18, 2015, at 2:30 p.m.

The Case Management Order further informs the parties of numerous submissions that must be made before the Final Pretrial Conference and before trial. For example, the parties are required to prepare a detailed Final Pretrial Order in advance of the Final Pretrial Conference that strictly complies with both the Case Management Order and Local Rule 16.2. The parties are also required to submit to the Court, one week prior to the Final Pretrial Conference, a Joint Bench

1

Book that includes, among other things, the parties' theory of the case, witness lists, a complete set of final jury instructions, and a trial brief. The Case Management Order also sets forth a briefing schedule for any motions *in limine* that the parties may wish to file.

As it did in the Case Management Order, the Court hereby informs the parties that it requires **strict** compliance with **all** of the requirements in the Case Management Order and the Local Rules of this Court, including all deadlines included in the Case Management Order. Failure to comply with this Order, the Case Management Order, or the Local Rules will result in sanctions, including, but not limited to, the striking of witnesses, testimony, motions *in limine,* and/or exhibits, default judgment, and/or dismissal of the Complaint.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 13, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 13, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113